# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 0098

**MARCH 15, 2021**

---

In Re: Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 72-2020-02609.

---

**BEFORE: McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** The record of the St. Tammany Parish Clerk of Court shows that on December 18, 2020, a 72-hour hearing was conducted at which the court set bond and appointed the Office of the Public Defender to represent relator on the simple burglary charge. The record further shows that relator's pretrial motions are set for March 22, 2021.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT